James M. Motley, Respondent, v. Mercantile Trust Company and Alvin W. Krech, Appellants, Impleaded with James H. Hyde and Others.— Judgment affirmed, with costs, on opinion of the court below, with leave to defendant to withdraw demurrer and answer on payment of costs in this court and in the court below.   Order filed.   (Reported in 51 Misc. Rep. 460.)

Western Electric Company, Appellant, v. Harry Fischel, Respondent.— Judgment affirmed, with costs.   No opinion.   Order filed.

Brevoort Real Estate Company v. John Kingston and Others. ' Henry Nobel and Others, Appellants; Joseph H. Claffy, Respondent.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Order filed.

In the Matter of the Transfer Tax on the Estate of Albert L. Mowry, Deceased. William W. Heaton, as Surviving Trustee and Executor under the Last Will and Testament of Albert L. Mowry, Deceased, and Another, Appellants; Comptroller of the State of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Order filed.

The People of the State of New York v. New York Building-Loan Banking Company.   In the Matter of the Application of the Receiver to Sell and Convey Premises Nos. 336 and 338 Water Street, Borough of Manhattan, City of New York. Guiseppe Seccafico and Angela Seccafico, His Wife, Appellants; Charles M. Preston, as Receiver of the New York Building-Loan Banking Company, Respondent.— Order affirmed, with ten dollars costs and disbursements.   No opinion. Order filed.

Margaret Clara Martin, Appellant, v. Margaret Higginson, Respondent.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Order filed.

In the Matter of the Application of the Mayor, Aldermen and Commonalty of the City of New York, Relative to Acquiring Title, etc., for the Purpose of Opening Lorillard Place, etc., in the Twenty-fourth Ward of the City of New York.   Beth Eden Baptist Church, Appellant; Charles A. Tatum, Respondent. Order affirmed, with costs.   No opinion.   Order filed.

In the Matter of the Application of the Mayor, Aldermen and Commonalty of the City of New York, Respondent, Relative to Acquiring Title, etc., for the Purpose of Opening Van Cortlandt Avenue, etc., in the Twenty-fourth Ward of the City of New York.   Julia E. Cameron, Appellant.— Order affirmed, with costs.   No opinion:   Order filed.

In the Matter of the Application of a Majority of the Directors of the E. C. Bell Manufacturing Company for a Voluntary Dissolution.   George Moore Smith as Receiver of the E. C. Bell Manufacturing Company, Appellant; Edward Voss, Respondent.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Motion dismissed, without costs.   Order filed.

John Wanamaker and Others, Doing Business under the Firm Name and Style of John Wanamaker, Respondents, v. William Edlin, Appellant.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Order filed.

Ignatz Roth, Respondent, v. Julius Mautner and Herman Ahlswede, as Copartners in Trade, Appellants, Impleaded with Albert Herskovits.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Order filed.

William Fitzgerald, Respondent, v. Manhattan Railway Company, Appellant. — Judgment and order reversed, new trial ordered, costs to appellant to abide event unless plaintiff stipulates to reduce judgment as entered, including costs, to $2,203.40, in which event judgment as so reduced and order affirmed, without costs.   No opinion.   Settle order or notice.

Henry B. Snyder, in His Own Right and on Behalf of all Other Stockholders of the De Forest Wireless Telegraph Company Who May Come in and Contribute to the Expenses of This Action, Respondent, v. De Forest Wireless Telegraph Company and Others, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Order filed.

Richard Deeves & Son, Appellant, v. Manhattan Life Insurance Company, Respondent.— Order modified by striking out the first, third and fourth requirement thereof, and as modified affirmed, without costs.   No opinion.   Settle order on notice.

In the Matter of the Judicial Settlement of the Account of Henry Bischoff, Jr., and Amanda von Graberg, as Executors of and Trustees under the Last Will and Testament of Henry Bischoff, Deceased, Respondents.   In the Matter of the Application of Franklin J. Bischoff and Others for an Intermediate Accounting by Henry Bischoff, Jr., and Amanda von Graberg, as Executors of the Last